

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CIMAREX ENERGY CO., | § | No. 08-16-00353-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| ANADARKO PETROLEUM | § | of Ward County, Texas |
| CORPORATION, | § | (TC# 15-07-23648-CVW) |
| Appellee. | § | |
|  | § | |

# **O R D E R**

The Court GRANTS the Joint motion to include sealed documents on appeal. Therefore, the Court ORDERS the parties to submit the sealed documents on a flash drive and to include same in an envelope which should be clearly marked to indicate that it contains sealed documents. The envelope should also include the style and cause number of the appeal. The envelope containing the flash drive is due to be filed with this Court on or before June 27, 2017. Further, the Court will return the flash drive containing the sealed documents to the Appellant's attorney after final disposition of this appeal.

IT IS SO ORDERED this 12th day of June, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.